## CHRISTIAN COUNTY JAIL
## SURVEILLANCE FORM

DATE: 8/10/22           Detox            CELL LOCATION: 232

| INMATE'S NAME | TIME CHECKED | DEPUTY ID (INITIAL & BADGE #) | REMARKS |
|---|---|---|---|
| Xavier Bryant | 0855 | CCSO TCS8 | Intake/Bodyscan |
| | 0920 | TCS8 | Lorwww mm |
| | 0937 | TCS8 | standing in cell |
| | 1005 | JMS3 | Walking in cell |
| Tray served | 1635 | TCS8 | Lorwin, unt |
| | 1118 | RR63 | Standing in cell |
| | 1147 | TCS8 | Cornw Mest |
| | 1215 | MN49 | laying on mat |
| | 1251 | MN49 | laying on mat |
| | 1333 | MN49 | laying on mat |
| | 1359 | MN49 | laying on mat |
| | 1500 | MN49 | laying on mat |
| | 1512 | MN49 | laying on mat |
| | 1520 | TCS8 | Smith/Ew Steward |
| | 1620 | BR39 | laying on floor |
| | 1633 | BR54 | laying on mat |
| | 1642 | BP31 | laying on floor |
| | 1740 | BR54 | Laying on floor |
| | 1811 | BP31 | laying on floor |
| | 1837 | SC50 | sitting on mat |
| | 1944 | BP31 | laying on floor |
| | 2012 | BP31 | laying on floor |
| | 2138 | BP31 | laying on floor |
| | 2236 | SC50 | laying on floor |
| | 2342 | SC50 | laying on floor |
| | 2357 | KO69 | laying on mat |
| | 0021 | Km14 | laying on mat |
| | 0037 | KO69 | laying on mat |
| | 0149 | CC02 | sitting on mat |
| | 034 | Km14 | laying on mat |
| | 0318 | JS01 | laying on floor |