# CRIME SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

| | |
|---|---|
| CASE/INCIDENT NUMBER: KY 02-22-0257 | REPORT DATE: 12/27/2022 |
| REPORTING AGENCY ORI/NAME: KSP0200 KY STATE POLICE, POST 02 | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME: KSP0200 KY STATE POLICE, POST 02 | |
| REPORTING OFFICER NAME: Jacob Stephens | REPORTING OFFICER UNIT BADGE ID: 1216 |
| PRIMARY OFFICER UNIT BADGE ID: 1216 | |
| REVIEWED BY: Jeffrey Ayres | |

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: ZIP CODE: SSN: | |
| WITNESS SEQUENCE | WITNESS NAME | PHONE |
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: ZIP CODE: SSN: | |

## NARRATIVE

Christian County Jail Surveillance video on August 11, 2022

Sally Port Camera:

0838: Hopkinsville PD Par pulls into the sally port

0845: Xavier Bryant gets out of the Car

0847: Goes into the intake. Bryant is observed wearing blue jean shorts and one black sock on left foot.

Intake Camera:

0850: Bryant standing leaning against the wall and then searched

0852: Bryant is placed on the body scanner and scanned

Booking Counter Camera:

0853: Standing walking on own, leaning on the counter, Leans over

0855: Walks out of booking counter area

South Hallway Camera:

0855: walks to detox cells, there are four cells in this area

Cell 232 Camera: This camera shows an open cell. The camera angle is of the whole room. The view camera shows the entrance to the cell is at the bottom right and the bottom left, of the view, is a toilet. There is a black box obscuring the view of the toilet.

0856: Bryant is observed standing on his own and walking on his own. Trevor McDaniel is observed sleeping laying on a mat in front of the cell door. He observed his belongings above him. Observed two food trays, one pair flip flops, and one pair of shoes suspected to be McDaniel's.

0857: another inmate brings a blanket and sleeping pad into a cell and Bryant lays down.

0913: Bryant is observed sitting up on the sleeping pad 

0916: Bryant goes over to the cell door and lifted up McDaniel's sleeping mat.

0918: Bryant lays back down then gets back up and walks back over to McDaniel. He then goes back to the mat and lays down

0920: Stands up and is observed bent over. Bryant then gets on the floor on his hands and knees

0921: Stands up and walks over to the door

0922: Bryant then lays back down under a blanket

0934: gets up again and goes by the cell door and McDaniel's mat

0936 to 0938: Bryant is observed sitting by the cell door on a mat. He then looks at and moves McDaniel's shoes. Bryant then moves his mat across the room in front of the toilet and sits on the mat.

0939: Bryant is observed walking around the cell looking at the floor. He then goes over to McDaniel's personal belongings and takes a pair of white socks from his personal bag and puts one sock on his right foot.

0941: Bryant stands up and walks around the room looking at the floor. He then goes to McDaniel's laundry bag and begins going through it.

0943: Bryant Uses the toilet and then sits down

0946: Bryant stands in the middle of the room holding his penis over the empty food trays. McDaniel sees what Bryant is doing and makes a gesture to tell him to go sit down. Bryant then walks around the room looking at the floor and lifts up his mat as if he is looking for something.

0949: Bryant again walks around the cell looking at the ground bent over acting like he picks up things that do not appear to be there. McDaniel points and says words suspected to be him telling Bryant to go to the other side of the cell.

0951: Bryant goes back to use the toilet. Then begins walking around the cell looking at the floor trying to pick up small items that do not appear to be there.

0952: Bryant crawls around the cell on the floor and then lays down on the side against the wall. Next McDaniel stands up starts organizing his personal belongings in the cell and starts talking through the door.

1003: Bryant remained on the far side of the cell beside the wall. He then while sitting starts grabbing/picking at things on the floor that does not appear to be there.

1005: Bryant is observed standing in the cell walking around bent over looking at the ground. McDaniel remains by the door

1011: Bryant continues to walk around the cell looking at the ground as if he is scanning and looking for something.

1014: Bryant sits down near the wall between the toilet and the cell door. Observe Bryant and McDaniel both sitting and looking at each other. The two are suspected to be having a conversation.

1025: Bryant stands up. McDaniel went back to sleep. Bryant holds his arm up in the air and is observed to make erratic mechanical body movements with his limbs and walks to McDaniel's area. Observed Bryant begins to attempt grasping at picking things up off the ground that are not there as if he is hallucinating.

1026: Bryant sits back down between the toilet and the cell door. 

1037: Two Lunch trays come through the cell door. Bryant walks over to McDaniel and stands with his hands on his knees then starts pointing and grabbing/ picking at the floor.

1042: Bryant continues to walk around the cell. McDaniel eats his food.

1046: Bryant continues to walk around in the cell looking at the ground and reaching for something on the floor that is not there.

1047: Bryant walks over to McDaniel and starts going through his belonging. Next McDaniel pushes him away.

1049: Bryant sits down on the floor across from the door and toilet. McDaniel lays down on the mat and pulls a blanket over his head.

1058: Bryant moves from where he was sitting to laying down on his provided mat across from the toilet. At this point, Bryant had not ate the food provided to him. He continues to pick at the floor in front of his mat and wave his hand at the floor.

1107: Bryant moves the mat across the room to another wall and lays back down.

1115: Bryant pulls the mat towards the middle of the room and lays back down.

1118: Bryant stands up in the middle of the room and stares toward the cell door. Then looks around the cell.

1121: Bryant goes to the door and pushes on it then walks around the cell bent over looking at the floor.

1127: Sits down beside the toilet.

1130: Walks around the cell again looks at the floor and crawls around the toilet

1134: Bryant sits up, starts looking at the ceiling for several min, and then lays back down.

1141: stands up walks to the door then walks around the room then lays on the mat

1145: gets up moves mat then stands up begins looking at the floor then sits on the toilet for several min.

1151: Bryant gets up walking around the cell hunched over/bent looking at the ground.

1153: uses the toilet again then gets up and continues to a walk around the cell picking at the floor.

1157: Sits down on the mat in the middle of the cell

1200: Bryant stands up, walks to the door, and continues scanning the floor.

1202: Lays down on a blanket near the wall between the toilet and the door to the cell. Bryant does not rest and continues to move around picking at the floor.

1214: Bryant goes across the room over to McDaniel's items then lays down in the middle of the floor on a mat.

1217 Bryant walks over to the door holding a roll of toilet paper in his hand. Bryant is observed bent over at McDaniel's feet. He then goes over to the toilet and it looks like he gets a drink from the sink above the toilet.

1219: He walks around the cell then moves his mat against the wall across from the door and lays down and appears to rest.

1222: Bryant stands up and w⬤ around the cell picking at the floo⬤ He then lays back down on the mat.

1232: He moves to the wall in front of the toilet and lays down. He then sits up and grabs some paper off the ground and rolls it and licks it as if he was making a cigarette and then lays back down.

1235: Bryant gets up, walks around the cell walks to the door, and then starts going through McDaniel's belongings. He then looks at the ground scanning and walks around bent over picking up little pieces of paper on the floor.

1237: Bryant then lays down in the middle of the floor and rests his head on a meal tray.

1242: Bryant moves to the other side of the cell where the mat was and lays down.

1245: Bryant walks over to the toilet, gets a drink from the toilet, and then walks around the cell. Next, he walks over to McDaniel's items and starts going through them. McDaniel then pushes Bryant down to get him away from his items.

1247: Bryant lays back down on his mat.

1252: Bryant then stands up and walks around looking at the ground as if he is searching for something and then he lays back down. Bryant appears to rest for a few min.

1303: Bryant stands up retrieves McDaniel's white bag and then sits on it. For the next several min Bryant goes through McDaniel's items while sitting on his laundry bag.

1312: Bryant stands up, then stands over McDaniel, and goes through his items while he sleeps. He then walks around the cell and sits down on his mat.

1317: Bryant stands up, walks over to the door, and puts his hands on his knees

1320 Bryant is observed standing over McDaniel and wakes him up. Bryant continues to go through his items and then backs up. He then observed on all fours in crawl position for approximately 10 min.

1330: Bryant crawls over to McDaniel's belongings and is observed going through his clothes for several min. Bryant then crawls around the cell and then lays down on his stomach on the floor.

1340: Bryant stands up, goes back over to the door, and observed on his hands and knees beside the door for several min. Next Bryant walks around the cell and then sits on the toilet.

1345: Bryant gets up from the toilet with his shorts falling and walks around the cell and returns to where McDaniel belonging are and starts crawling around looking at the floor. He then sits down.

1352: Bryant observed going through McDaniel's belonging again and then walking around the cell again looking at the floor and grabbing at pieces of paper. He then laid down on the ground beside the food tray and looked at the ceiling holding a piece of rolled-up paper and putting it to his lips like he was smoking. McDaniel was observed still sleeping.

1400: Bryant stands up rapidly and looks across the room hunched over walking and stumbling against the wall then continues to walk around looking at the floor and then goes back to McDaniel's things and started going through them again.

1402: McDaniel wakes up and is observed yelling at Xavier. Bryant sits down and pulls the sock off then continues to act as if he is smoking while looking around the room.

1407: McDaniel gets up and organizes his belongings and realized Bryant had spread his belongings out. Next, an altercation was observed, and observe McDaniel yelling at Bryant. Bryant observed balling his fist up and takes a fight stance.

1412: Bryant went to the toilet and then walked around the cell and his hands on his knees while looking at the ground as if he was searching for something.

1414: McDaniel observed going to the door and banging on it and appears to be shouting.

1416: Both Bryant and McDaniel lay on their own mats.

1421: Bryant gets up and walks around the cell hunched over looking at the ground and walks over to the door then sits for a min. For the next several min Bryant continues to move around the cell sitting down and standing up multiple times for approximately 20 min.

1441: Bryant goes over to McDaniel's things again and starts going through them. Observe another altercation between Bryant and McDaniel. Observe McDaniel strike Bryant with an open hand across the face twice. Observe McDaniel point to the ground suspecting him to be telling Bryant to lay down on the pad. Bryant lies on his mat on the floor.

1445: Bryant then crawls over to McDaniel's area and starts grabbing his sleeping pad. Observe McDaniel pull him away, pushes him away, and then kick Bryant while pointing and directing Bryant to go to his own mat. Bryant goes to his mat and lies down. McDaniel then goes to his own mat.

1455: Bryant goes over by the cell door and then returns to his mat. Bryant then walks around the cell in circles looking at the ground bent over for approximately 5 min. 1501 Bryant then goes to his mat.

1502: Observe a deputy jailer walk into the room, start talking on the radio, and then talks to McDaniel and Bryant.

1507: Bryant and the deputy jailer leave the cell. Observe other cameras of Bryant escorted into detox area, then in the hallway and Bryant goes into cell 210 near booking. Bryant is alone in the cell.

1511: Bryant goes into the bathroom not observed on camera then exits and lays on a bench for a min then walks around the cell.

1521: Bryant is observed sitting at one of the tables and acts as if he is rolling a cigarette. Then walks around the cell looking at the floor.

1525: Bryant walks into the bathroom and a few min later he walks out into the cell naked. Bryant walks around the cell and sits on different benches in the cell for approximately 10 min. Bryant observed walking around the room a looks out the window over the booking.

1542: Bryant goes to the door and appears to be trying to get someone's attention while holding the sleeping mat over his naked body. Bryant then lies on a bench near the bathroom.

1551: Deputy Jailer walks into the cell.

1552: Deputy Jailer and Bryant leave the cell and walk back down the south hallway back to detox. Video of Cell 232 shows McDaniel leaving the cell with his belongings and then Bryant goes back into cell 232. Bryant lays down on the floor with a blanket over him.

For the next eleven hours, Bryant is in the cell alone and continues showing odd behavior. Bryant is naked for the remainder of his time in the cell. Bryant continues to move around the room stumbling at times, pointing and waving to empty cell, looking at the floor searching for things that are not in the room, and being observed to be hallucinating. Bryant was observed multiple times stumbles while walking around the cell and fell over multiple times. Bryant only sits or lays down for short periods and continues to move around the cell. At no point does Bryant appear to sleep or rest.

0312: Bryant is observed sitting against the wall across from the toilet and cell door.

0315: Bryant stands up stumbl walks a circle around the cell looki at the floor. Bryant falls to the ground slumped over near the wall in front of the cell door.

0316: Bryant sits against the wall in front of the cell door with his legs straight out. I Observed Bryant's legs start to shake and twitch.

0317:47: Bryant's whole body starts to shake. His arms and legs continue to move in a twitching manner.

0320: Bryant stops moving

0332: Two Deputy Jailers come into the room and attempt to wake Bryant up. Next Deputy Jailer begins chest compressions on Bryant.

0333: AED is brought into the cell and they continue chest compressions.

0338: Observed everyone stand back for the AED, then they continue chest compressions.

0340: AED was used again and continued chest compressions.

0343: AED was used again and continued chest compressions.

0345: EMS comes into the cell with a gurney stretcher and Bryant is placed on the stretcher. Chest compressions continue.

0350: Observe a mechanical CPR machine placed on Bryant and chest compressions continue.

0353: Bryant's legs are hooked up to medical equipment and they begin putting other breathing equipment on Bryant. The CPR machine continues compressions.

0423: CPR machine stops and ems workers start taking leads off Bryant.

0428: EMS workers and Deputy Jailers leave the cell.

0458: The coroner and Deputy coroner come into the cell and observed Bryant.

0501: Coroner and Deputies leave the cell.

0631: The coroner, Deputy Coroner, and Detective Billy Over enter the cell. Detective over observed taking photos.

0641: Detective Over leaves the cell.

0648: Deputy Coroner and EMS put Bryant into a blue Body bag.

0651: Coroner and EMS Leave Cell.

Video of Detox Cell 230 showing when the Deputy Jailers checked cells when Bryant entered and exited was reviewed. Christian County Jail Surveillance form times reviewed and matched times on video surveillance.

On December 19, 2022, the medical examiner provided a copy of the final report.

On December 21, 2022, Christian County Coroner provided a copy of the death certificate.

The attachments were added to the case.